UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 14cr3185-MDD |
| Plaintiff, | ORDER AND JUDGMENT OF DISMISSAL |
| v. | |
| JUAN MANUEL SALCEDO-MORENO, | |
| Defendant. | |

Upon motion of the United States of America and unopposed by the Defendant,

IT IS HEREBY ORDERED that the Information in the above entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 10/31/14  .

HONORABLE MITCHELL D. DEMBIN
United States Magistrate Judge